UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-271-F

| | | |
|---|---|---|
| WILLIAM LEE LEWIS, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEPUY ORTHOPAEDICS, INC.; | ) | |
| DEPUY, INC.; DEPUY | ) | |
| INTERNATIONAL LIMITED; JOHNSON & | ) | |
| JOHNSON; JOHNSON & JOHNSON | ) | |
| SERVICES, INC.; and JOHNSON | ) | |
| & JOHNSON INTERNATIONAL, | ) | |
| | ) | |
| Defendants. | ) | |

It has come to the court's attention that there may be the suggestion of a conflict of interest in this case. In order to eliminate any possibility of the suggestion of impropriety, the undersigned hereby **RECUSES** from this action. The Clerk of Court is **DIRECTED** to immediately re-assign this case to another district judge.

SO ORDERED.

This, the 2nd day of June, 2011.

James C. Fox
Senior United States District Judge